# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated, ) ) | Case No. 05-11594 RCL |
| Plaintiff, ) ) | Honorable Reginald C. Lindsay |
| vs. ) ) | |
| PRESIDENT AND FELLOWS OF HARVARD ) COLLEGE, BAYVIEW CREMATORY, LLC, ) a New Hampshire Limited Liability Company ) LINDA STOKES, Trustee of the Dekes Realty ) Trust of 107 South Broadway, Lawrence, ) Massachusetts, and JOHN J. GENTILE ) ) | |
| Defendants ) | |

## ASSENTED-TO MOTION TO ENLARGE TIME

Pursuant to Federal Rule of Civil Procedure 6(b), defendant President and Fellows of Harvard College hereby move to enlarge the time to answer, move or otherwise respond to the Complaint up to and including August 16, 2005. The plaintiff, Geraldine Favaloro, has assented to this motion.

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By: /s/ Melissa L. Nott
Donald R. Frederico (BBO # 178220)
Melissa L. Nott (BBO #654546)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000

Dated: August 5, 2005

BST99 1468328-1.044541.0032

## **LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

  I, Melissa L. Nott, hereby certify that counsel for Plaintiff and President and Fellows of Harvard College conferred and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Plaintiff has assented to this motion.

              /s/ Melissa L. Nott
              Melissa L. Nott

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 5th day of August, 2005, a true and correct copy of this Notice of Removal was served on all counsel of record in this matter.

**By Facsimile**
Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

**By United States Mail**
David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

**By Electronic Mail**
Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
*Counsel for John J. Gentile*

I also certify that courtesy copies were served on the following counsel:

**By Electronic Mail**
Andrew R. Schulman, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
3 Executive Park Drive, Suite 9

Bedford, New Hampshire 03110
603-634-4300
Aschulman@gstss.com
*Counsel for Bayview Crematory, LLC*

**By United States Mail**
William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts 02360
508-746-6100
*Counsel for Bayview Crematory, LLC*

**By Electronic Mail**
William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Suite 401
Cambridge, Massachusetts 02142
wahern@chelaw.com
mhanneke@chelaw.com
*Counsel for Linda Stokes*

　　　　　　　　　　　　　　　　　　　　/s/ Melissa L. Nott
　　　　　　　　　　　　　　　　　　　　Melissa L. Nott