UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Case No.: 11594 RCL
Honorable Reginald C. Lindsay

GERALDINE FAVALORO, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BAYVIEW CREMATORY, LLC,
a New Hampshire Limited Liability Company,
LINDA STOKES, TRUSTEE OF THE DEKES
REALTY TRUST OF 107 SOUTH BROADWAY,
LAWRENCE, MASSACHUSETTS, and JOHN J.
GENTILE,

    Defendants.

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and other applicable law, Plaintiff/Putative Class Representative respectfully requests that David H. Charlip be permitted to appear before this Court in the above-captioned action. As grounds for this motion, Plaintiff/Putative Class Representative states the following:

1.     Mr. Charlip is a duly licensed member in good standing of the Florida Bar and has been admitted to practice in the State of Florida since 1981. He is also a member in good standing of the New Jersey State Bar and has been since 1982.

2.     Mr. Charlip is also admitted to practice in the United States District Court for the Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit, and he is a member in good standing before those Courts.

1

3.	There are no disciplinary proceedings pending against Mr. Charlip in any court.

4.	Mr. Charlip is familiar with the Local Rules of the United States District Court for the District of Massachusetts and will comply with those rules if admitted to appear in the above-captioned action.

5.	Mr. Charlip is not a resident of the Commonwealth of Massachusetts. He is not regularly employed in the Commonwealth of Massachusetts, and he is not regularly engaged in substantial business, professional or otherwise, in the Commonwealth of Massachusetts.

6.	Mr. Charlip associated into this case with Lisa DeBrosse Johnson, BBO# 632428, The Pilot House, Lewis Wharf, Boston, MA 02110. Ms. Johnson is a member in good standing of the Massachusetts Bar and has been admitted to practice in the Commonwealth of Massachusetts since 1996. She is also admitted to practice before this Court and the United States Court of Appeals for the First Circuit, and she is a member in good standing before those Courts.

7.	Mr. Charlip has submitted an Affidavit and Certificate of Good Standing issued by the Clerk of the United States District Court for the Southern District of Florida in support of this Motion.

WHEREFORE, Plaintiff/Putative Class representative respectfully requests that this Court grant *pro hac vice* admission to David H. Charlip to appear in the above-captioned proceeding on her behalf and on behalf of all those similarly situated.

> Respectfully submitted,
> Plaintiff/Putative Class Representative,
> By her attorney
>
> _____
> Lisa DeBrosse Johnson, BBO# 632428
> The Pilot House
> Lewis Wharf
> Boston, MA 02110
> (617) 854-3740
> debrossejohnson@comcast.net

Dated: August 8, 2005

## CERTIFICATE OF SERVICE

I, Lisa DeBrosse Johnson, hereby certify that on the ___9th___ day of August, 2005, a true and accurate copy of the Motion for Entry of Appearance *Pro Hac Vice* with supporting Affidavit was served on all counsel of record in this matter by United States Mail.

David H. Charlip, Esq.
Charlip Law Group
1930 Harrison Street
Suite 208
Hollywood, Florida 33020

Donald R. Frederico, Esq.
Melissa L. Nott, Esq.
McDermott Will & Emery LLP
28 Stete Street
Boston, Massachusetts 02109
*Counsel for President and Fellows of Harvard College*

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
*Counsel for John J. Gentile*

I also certify that copies were served on the following counsel:

Andrew R. Schulman, Esq.
Getman, Stacey, Schilthess & Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
*Counsel for Bayview Crematory, LLC*

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts 02360
*Counsel for Bayview Crematory, LLC*

William F. Ahern, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Suite 410
Cambridge, Massachusetts 02142
*Counsel for Linda Stokes*

Lisa DeBrosse Johnson
The Pilot House
Lewis Wharf
Boston, MA 02110
(617) 854-3740