UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

GERALDINE FAVALORO, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                         Case No. 05-11594 ~~WGY~~ RCL

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BAYVIEW CREMATORY, LLC,
a New Hampshire Limited Liability Company,
LINDA STOKES, TRUSTEE OF THE DEKES
REALTY TRUST OF 107 SOUTH BROADWAY,
LAWRENCE, MASSACHUSETTS, and JOHN J.
GENTILE,

    Defendants.

---

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

The undersigned, David H. Charlip, deposes on oath and states as follows:

1. I make the following statements upon personal knowledge and not upon information or belief.

2. My name is David H. Charlip.

3. I am a member of the Florida Bar and have been so since 1981. I am also a member of the New Jersey Bar and have been so since 1982.

4. I am a member in good standing of both the above-named state Bars.

5. I also have been admitted to practice in the United States District Court for the Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit and am a member in good standing before those Courts.

6.  Attached to this Affidavit is a Certificate of Good Standing issued by the Clerk of the United States District Court for the Southern District of Florida.

7.  There are no disciplinary proceedings pending against me.

8.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and will comply with those rules.

9.  I am not a resident of the Commonwealth of Massachusetts. I am not regularly employed in the Commonwealth of Massachusetts. I am not regularly engaged in substantial business, professional or otherwise, in the Commonwealth of Massachusetts.

10. I associated into this case with Lisa DeBrosse Johnson, BBO# 632428, The Pilot House, Lewis Wharf, Boston, MA 02110.

11. I respectfully request that my motion to be admitted *pro hac vice* for the purposes of this case be allowed.

_____
David H. Charlip

Sworn to and subscribed before me this _21st_ day of August, 2005.

_____
Name:
Notary Public – State of Florida
Commission No.:
My Commission expires:

CARMEN PLAZA
MY COMMISSION # DD 314044
EXPIRES: April 28, 2008
Bonded Thru Notary Public Underwriters

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

} Florida Bar # **329932**

I, **CLARENCE MADDOX**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that *David H. Charlip* was duly admitted to practice in said Court on **01/25/82**, and on **07/09/82** - Trial Bar, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this August 3, 2005.

**CLARENCE MADDOX**
Court Administrator •Clerk of Court

By _____
Deputy Clerk

.sk.5/2002