US DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

GERALDINE FAVALORO, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                                              CIVIL NO. 05-11594 RCL

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BAYVIEW CREMATORY, LLC,
a New Hampshire Limited Liability Company,
LINDA STOKES, TRUSTEE OF THE DEKES
REALTY TRUST OF 107 SOUTH BROADWAY,
LAWRENCE, MASSACHUSETTS, and JOHN J.
GENTILE,

    Defendants.
_____

## **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

NOW COMES the Defendant, Bayview Crematory, LLC, by and through counsel, and submits the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Bayview Crematory, LLC is a closely held New Hampshire corporation which has no parent companies or merger agreements with publicly held corporations. There is no publicly held company with the ownership interest described in Rule 7.1(a).

                                                                   Respectfully submitted,
                                                                   BAYVIEW CREMATORY, LLC
                                                                   By its Attorney,
                                                                   GETMAN, STACEY,
                                                                  SCHULTHESS & STEERE, P.A.

Date:  August 16, 2005                               By:_____/s/ Dona Feeney_____
                                                                   Dona Feeney, Esquire, #600749
                                                                   Three Executive Park Drive – Suite 9
                                                                  Bedford, NH 03110
                                                                  (603) 634-4300

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this day been served via the ECF System to:

Lisa DeBrosse Johnson, Esq.
Law Office Of Lisa Johnson
The Pilot House at Lewis Wharf
Boston, MA 02110

David H. Charlip, Esquire
1930 Harrison Street - Suite 208
Hollywood, Florida 33020

Donald Federico, Esquire
McDermott, Will & Emery, LLP
28 Stete Street
Boston, MA  02109

Douglas Robertson, Esquire
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114

William Ahern, Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

William Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, MA  02360

　　　　　　　　　　　　　　　　　　　　　　　 _/s/____Dona Feeney_____
　　　　　　　　　　　　　　　　　　　　　　　 Dona Feeney

F:\DFeeney\6364\05726\Favaloro\Fed Corp Discl Stmt 8-16-05.rtf