UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CASE NO.: 05-11594 RCL
Honorable Reginald C. Lindsay

GERALDINE FAVALORO, for herself and on )
behalf of all others similarly situated, )
    Plaintiff, )
   )
   )
vs. )
   )   CERTIFICATE OF COMPLIANCE
PRESIDENT AND FELLOWS OF HARVARD )   WITH LOCAL RULE 7.1
COLLEGE, BAYVIEW CREMATORY, LLC, )
a New Hampshire Limited Liability Company, )
LINDA STOKES, TRUSTEE OF THE DEKES )
REALTY TRUST OF 107 SOUTH )
BROADWAY, LAWRENCE, )
MASSACHUSETTS, and JOHN J. GENTILE, )
    Defendants )

On August 10, 2005, I spoke with counsel for the plaintiff, Lisa DeBrosse Johnson, in an effort to resolve or narrow the factual and legal allegations made against defendant, John J. Gentile, in Counts III, IV and V of the plaintiff's complaint. Despite good faith efforts to resolve or narrow areas in dispute, the plaintiff has elected to proceed with her allegations against Mr. Gentile, necessitating the accompanying Motion of Defendant, John J. Gentile, for Dismissal of all Counts against Him, Specifically, Count III (Negligence); Count IV, (Negligent Infliction of Emotional Distress) and Count V, (Reckless and/or Intentional Infliction of Emotional Distress).

Respectfully submitted,

*Douglas A. R*

Douglas A. Robertson, B.B.O. No. 552315
Sean D. Ferrill, B.B.O. No. 654173
Attorneys for John J. Gentile
MARTIN, MAGNUSON, MCCARTHY &
   KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

    I, Douglas A. Robertson, attorney for John J. Gentile, hereby certify that on the 16th day of August, 2005, I served a copy of the above document, via first-class mail, postage prepaid to:

Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, MA 02110

William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Suite 401
Cambridge, MA 02142

Donald R. Frederico, Esq.
McDermott Will & Emery, LLP
28 State Street
Boston, MA 02109

Andrew R. Schulman, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, NH 03110

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, MA 02360

David H. Charlip, Esq.
Charlip Law Group, Inc.
Harrison Executive Centre
1930 Harrison Street, 208
Hollywood, FL 33020-5018

Respectfully submitted,

*/s/ Douglas A. Robertson*

Douglas A. Robertson, B.B.O. No. 552315
Sean D. Ferrill, B.B.O. No. 654173
Attorneys for John J. Gentile
MARTIN, MAGNUSON, MCCARTHY &
   KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240