UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company LINDA STOKES, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, and JOHN J. GENTILE,<br><br>　　　　　　　Defendants | Case No. 05-11594 RCL<br><br>Honorable Reginald C. Lindsay |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the undersigned attorney for defendant, President and Fellows of Harvard College has changed his address as follows:

Donald R. Frederico
Greenberg Traurig, LLP
One International Place
Boston, MA  02110

The address of Melissa L. Nott of McDermott Will & Emery LLP remains unchanged.

　　　　　　　　　　　　　　　　　PRESIDENT AND FELLOWS OF
　　　　　　　　　　　　　　　　　HARVARD COLLEGE

　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　/s/ Donald R. Frederico_____
　　　　　　　　　　　　　　　　　Donald R. Frederico (BBO #178220)
　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　(617) 310-6000

DATED:  August 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2005, a true and correct copy of this Notice of Change of Address was served on all counsel of record in this matter.

| **By Hand Delivery** | **By United States Mail** |
|---|---|
| | David H. Charlip, Esq. |
| Lisa DeBrosse Johnson, Esq. | 1930 Harrison Street |
| The Pilot House | Suite 208 |
| Lewis Wharf | Hollywood, FL  33020 |
| Boston, MA 02110 | (954) 921-2131 |
| (617) 854-3740 | (954) 921-2191 (fax) |
| (617) 854-3743 (fax) | Counsel for Plaintiff |
| Counsel for Plaintiff | |

| **By Electronic Mail via CM/ECF** | **BY ELECTRONIC MAIL via CM/EFC** |
|---|---|
| Douglas A. Robertson, Esq. | Melissa L. Nott, Esq. |
| Martin, Magnuson, McCarthy & Kenney | McDermott Will & Emery, LLP |
| 101 Merrimac Street | 28 State Street |
| Boston, MA  02114 | Boston, MA  02109 |
| (617) 227-3240 ext. 315 | (617) 535-4000 |
| drobertson@mmmk.com | Counsel for Presidentand Fellows of |
| Counsel for John J. Gentile | Harvard College |

I also certify that courtesy copies were served on the following counsel:

| **By Electronic Mail** | **By United States Mail** |
|---|---|
| Andrew R. Schulman, Esq. | William P. Smith, Esq. |
| Getman, Stacey, Schulthess & Steere, P.A. | Haverty & Feeney |
| 3 Executive Park Drive, Suite 9 | 54 Samoset Street |
| Bedford, NH | Plymouth, MA  02360 |
| (603) 634-4300 | (508) 746-6100 |
| Aschulman@gstss.com | Counsel for Bayview Crematory, LLC |
| Counsel for Bayview Crematory, LLC | |

**By Electronic Mail**
William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway, Suite 401
Cambridge, MA  02142
wahern@chelaw.com
mhanneke@chelaw.com                    /s/ Donald R. Frederico
Counsel for Linda Stokes                Donald R. Frederico