US DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 05-11594 RCL

_____

GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,

    Plaintiff,

vs.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS, and JOHN J. GENTILE,

    Defendants.

_____

## APPEARANCE

Please enter my appearance on behalf of defendant Bayview Crematory, LLC.

Respectfully Submitted,

 /s/ *Andrew R. Schulman*
Andrew R. Schulman
GETMAN, STACEY,
SCHULTHESS & STEERE, PA
Three Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
(603) 634-4300
Mass. BBO No. 549769

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has this day been served on August 19, 2005 in the following manner:

By Email Via The Court's ECF Facilities:

Donald Federico, Esquire
McDermott, Will & Emery, LLP
28 Stete Street
Boston, MA  02109

Douglas Robertson, Esquire
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114


By U.S. Mail, First Class Postage Prepaid:

Lisa DeBrosse Johnson, Esq.
Law Office Of Lisa Johnson
The Pilot House at Lewis Wharf
Boston, MA 02110

David H. Charlip, Esquire
1930 Harrison Street - Suite 208
Hollywood, Florida 33020

William Ahern, Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

William Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, MA  02360


|  |  |
|---|---|
|  | /s/Andrew R. Schulman        , |
| August 19, 2005 | Andrew R. Schulman |