UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11594-WGY

_____
                                   )
GERALDINE FAVALORO, for herself    )
and on behalf of all others similarly )
situated,                          )
         Plaintiff                 )
                                   )
v.                                 )
                                   )   NOTICE OF APPEARANCE
PRESIDENT AND FELLOWS OF           )
HARVARD COLLEGE, BAYVIEW           )
CREMATORY, LLC, a New Hampshire    )
Limited Liability Company, LINDA   )
STOKES, Trustee of the Dekes       )
Realty Trust of 107 South Broadway, )
Lawrence, Massachusetts, and JOHN  )
J. GENTILE                         )
_____)

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendant, Linda Stokes, as Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke
_____
Mandi Jo Hanneke
B.B.O. No. 657349
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2005, a true and correct copy of this Assented-To Motion to Enlarge Time was served on all counsel of record in this matter.

<u>***By United States Mail***</u>

David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

<u>***By Facsimile***</u>

Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

<u>***By Electronic Mail via CM/CCF***</u>

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
Counsel for John J. Gentile

Donald Frederico, Esq.
Greenbert Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000
Counsel for President and
Fellows of Harvard College

Melissa Nott, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
Counsel for President and Fellows of Harvard College

I also certify that courtesy copies were served on the following counsel:

<u>***By United States Mail***</u>

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts 02360
508-746-6100
Counsel for Bayview Crematory, LLC

<u>***By Electronic Mail***</u>

Andrew R. Schulman, Esq.
Getman, Stacey, Schulthess &
Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
603-634-4300
Aschulman@gstss.com
Counsel for Bayview Crematory, LLC

_/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke