UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11594-WGY

```
_____
                                   )
GERALDINE FAVALORO, for herself    )
and on behalf of all others similarly )
situated,                          )
      Plaintiff                    )
                                   )
v.                                 )
                                   )
PRESIDENT AND FELLOWS OF           )
HARVARD COLLEGE, BAYVIEW           )
CREMATORY, LLC, a New Hampshire    )
Limited Liability Company, LINDA   )
STOKES, Trustee of the Dekes       )
Realty Trust of 107 South Broadway,)
Lawrence, Massachusetts, and JOHN  )
J. GENTILE                         )
_____)
```

**ASSENTED-TO MOTION TO ENLARGE TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), defendant Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, hereby moves to enlarge the time to answer, move or otherwise respond to the Complaint up to and including August 26, 2005.

    Respectfully submitted,
Defendant, Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts,

By: **CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke
_____
William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

Dated: August 22, 2005

**LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

I, Mandi Jo Hanneke, hereby certify that counsel for Plaintiff and Linda Stokes conferred and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Plaintiff has assented to this motion.

/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2005, a true and correct copy of this Assented-To Motion to Enlarge Time was served on all counsel of record in this matter.

### *By United States Mail*

David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

### *By Facsimile*

Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

### *By Electronic Mail via CM/CCF*

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
Counsel for John J. Gentile

Donald Frederico, Esq.
Greenbert Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000
Counsel for President and
Fellows of Harvard College

Melissa Nott, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
Counsel for President and Fellows of Harvard College

I also certify that courtesy copies were served on the following counsel:

### *By United States Mail*

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts 02360
508-746-6100
Counsel for Bayview Crematory, LLC

### *By Electronic Mail*

Andrew R. Schulman, Esq.
Getman, Stacey, Schulthess &
Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
603-634-4300
Aschulman@gstss.com
Counsel for Bayview Crematory, LLC

_/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke