UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,<br> Plaintiff,<br><br>vs.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS, and JOHN J. GENTILE,<br> Defendants | CASE NO.: 05-11594 RCL<br>Honorable Reginald C. Lindsay |

STATEMENT OF DEFENDANT, JOHN J. GENTILE, PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, John J. Gentile, certifies that it has no parent corporation and that there is no publicly held corporation with the ownership interest described in Rule 7.1(a).

            Respectfully submitted,
            John J. Gentile
            By his attorney:


            /s/ Douglas A. Robertson
            Douglas A. Robertson, B.B.O. No. 552315
            Sean D. Ferrill, B.B.O. No. 654173
            Attorneys for John J. Gentile
            MARTIN, MAGNUSON, MCCARTHY &
             KENNEY
            101 Merrimac Street
            Boston, MA  02114
            (617) 227-3240

DATED: August 18, 2005

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for John J. Gentile, hereby certify that on the 18th day of August, 2005, I served a copy of the above document by **first class mail, postage prepaid to**

Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, MA 02110

William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Suite 401
Cambridge, MA 02142

David H. Charlip, Esq.
Charlip Law Group, Inc.
Harrison Executive Centre
1930 Harrison Street, 208
Hollywood, FL 33020-5018

Andrew R. Schulman, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, NH 03110

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, MA 02360

**and a copy electronically forwarded by CM/ECF to:**

Donald F. Frederico, Esq.
Greenberg Traurig, LLP
1 International Place
Boston, MA 02110

Dona Feeney, Esq.
Three Executive Park Drive, Suite 9
Bedford, NH 03010

Melissa L. Nott, Esq.
McDermott Will & Emery, LLP
28 State Street
Boston, MA 02109

s/ Douglas A. Robertson
Douglas A. Robertson, B.B.O. No. 552315
Sean D. Ferrill, B.B.O. No. 654173
Attorneys for John J. Gentile
MARTIN, MAGNUSON, MCCARTHY &
    KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

2