US DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 05-11594 RCL

_____

GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,

    Plaintiff,

vs.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS, and JOHN J. GENTILE,

    Defendants.

_____

## DEFENDANT BAYVIEW CREMATORY LLC.'S PARTIAL JOINDER IN HARVARD COLLEGE'S MOTION TO DISMISS

Defendant Bayview Crematory LLC. ("Bayview") hereby partially joins in the Motion To Dismiss filed by the President And Fellows Of Harvard College ("Harvard's Motion").  More particularly, Bayview joins in, and adopts, the argument set forth in Section II,C,2,b of Harvard's Motion.  See, Harvard's Motion, pp. 14-19.

As Harvard has argued in its motion, plaintiff does not allege that her decedent's remains were mishandled.  Therefore, she fails to state a claim for common law intentional or negligent infliction of emotional distress.

WHEREFORE, Bayview requests this Court to dismiss plaintiff's common law claims against Bayview for the alleged intentional and negligent infliction of emotional distress.

        Respectfully Submitted,


    */s/ Andrew R. Schulman*
    Andrew R. Schulman
    GETMAN, STACEY,
    SCHULTHESS & STEERE, PA
    Three Executive Park Drive, Suite 9
    Bedford, New Hampshire 03110
    (603) 634-4300
    Mass. BBO No. 549769


August 24, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has this day been served on August 24, 2005 in the following manner:

<u>By Email Via The Court's ECF Facilities:</u>

Donald Federico, Esquire
McDermott, Will & Emery, LLP
28 Stete Street
Boston, MA  02109

Douglas Robertson, Esquire
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114


<u>By U.S. Mail, First Class Postage Prepaid:</u>

Lisa DeBrosse Johnson, Esq.
Law Office Of Lisa Johnson
The Pilot House at Lewis Wharf
Boston, MA 02110

David H. Charlip, Esquire
1930 Harrison Street - Suite 208
Hollywood, Florida 33020

William Ahern, Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

William Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, MA  02360


                                                                   */s/Andrew R. Schulman*            ,
August 19, 2005                                                                 Andrew R. Schulman