UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11594-RCL

| | |
|---|---|
| **GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,** </br>   **Plaintiff** </br></br> v. </br></br> **PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, and JOHN J. GENTILE** | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANT, LINDA STOKES, AS TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS', PARTIAL JOINDER IN HARVARD COLLEGE'S MOTION TO DISMISS**

Defendant, Linda Stokes, as Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, ("Stokes") hereby partially joins in the Motion to Dismiss filed by the President and Fellows of Harvard College ("Harvard's Motion").  More particularly, Stokes joins in, and adopts, the argument set forth in Section II,C,2,b of Harvard's Motion.  See, Harvard's Motion, pp. 14-19.

The plaintiff, Geraldine Favaloro, does not allege that her decedent's remains were mishandled.  Therefore, as a matter of law, she fails to state a claim for intentional or negligent infliction of emotional distress.

WHEREFORE, Linda Stokes, as Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, requests this Court to dismiss

plaintiff's common law claims against her for the alleged intentional and negligent infliction of emotional distress.

                                                Respectfully submitted,
Defendant, Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts,

By: **CLARK, HUNT & EMBRY**

/s/ William F. Ahern, Jr.
_____
William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

/s/ Mandi Jo Hanneke
_____
William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

Dated: August 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2005, a true and correct copy of this Motion to Dismiss of Defendant, Linda Stokes, as Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, was served on all counsel of record in this matter.

### By United States Mail

David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

### By Facsimile

Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

### By Electronic Mail via CM/ECF

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
Counsel for John J. Gentile

Donald Frederico, Esq.
Greenbert Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000
Counsel for President and
Fellows of Harvard College

Melissa Nott, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
Counsel for President and
Fellows of Harvard College

Andrew R. Schulman, Esq.
Getman, Stacey, Schulthess &
Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, NH 03110
603-634-4300
Aschulman@gstss.com
Counsel for Bayview Crematory,
Inc.

I also certify that courtesy copies were served on the following counsel:

### By United States Mail

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts 02360
508-746-6100
Counsel for Bayview Crematory,
 LLC

_/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke