UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated, | Case No. 05-11594 RCL |
| Plaintiff, | Honorable Reginald C. Lindsay |
| vs. | |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company LINDA STOKES, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, and JOHN J. GENTILE | |
| Defendants | |

## ASSENTED-TO MOTION TO ENLARGE TIME

Pursuant to Federal Rule of Civil Procedure 6(b), defendant President and Fellows of Harvard College hereby moves to enlarge the time to file its Opposition to Plaintiff's Motion to Remand up to and including September 13, 2005. The plaintiff, Geraldine Favaloro, has assented to this motion.

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By: *Melissa Nott*
Melissa L. Nott (BBO #654546)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000

Donald R. Frederico (BBO # 178220)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel 617.310.6004

Dated: August 29, 2005          Fax 617.897.0904

BST99 1470993-1 044541.0032

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Melissa L. Nott, hereby certify that counsel for Plaintiff and President and Fellows of Harvard College conferred and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Plaintiff has assented to this motion.

_/s/ Melissa Nott_
Melissa L. Nott

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2005, a true and correct copy of this Assented-To Motion to Enlarge Time was served on all counsel of record in this matter.

**By Facsimile**
Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

**By CM/ECF**
Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
*Counsel for John J. Gentile*

**By CM/ECF**
William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Suite 401
Cambridge, Massachusetts 02142
wahern@chelaw.com
mhanneke@chelaw.com
*Counsel for Linda Stokes*

**By United States Mail**
David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

**By CM/ECF**
Andrew R. Schulman, Esq.
Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
603-634-4300
Aschulman@gstss.com
*Counsel for Bayview Crematory, LLC*

_/s/ Melissa Nott_
Melissa L. Nott