# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**NO. 05-11594-RCL**

| | |
|---|---|
| _____ ) | |
| **GERALDINE FAVALORO, for herself** ) | |
| **and on behalf of all others similarly** ) | |
| **situated,** ) | |
|     **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | **NOTICE OF APPEARANCE** |
| **PRESIDENT AND FELLOWS OF** ) | |
| **HARVARD COLLEGE, BAYVIEW** ) | |
| **CREMATORY, LLC, a New Hampshire** ) | |
| **Limited Liability Company, LINDA** ) | |
| **STOKES, Trustee of the Dekes** ) | |
| **Realty Trust of 107 South Broadway,** ) | |
| **Lawrence, Massachusetts, and JOHN** ) | |
| **J. GENTILE** ) | |
| _____) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendant, Linda Stokes, as

Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts,

with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ William F. Ahern, Jr.
_____
William F. Ahern, Jr.
B.B.O. No. 013365
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2005, a true and correct copy of this Motion to Dismiss of Defendant, Linda Stokes, as Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, was served on all counsel of record in this matter.

### *By United States Mail*

David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

### *By Facsimile*

Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

### *By Electronic Mail via CM/ECF*

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
Counsel for John J. Gentile

Donald Frederico, Esq.
Greenbert Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000
Counsel for President and
Fellows of Harvard College

Melissa Nott, Esq.
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
Counsel for President and
Fellows of Harvard College

Andrew R. Schulman, Esq.
Getman, Stacey, Schulthess &
Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, NH 03110
603-634-4300
Aschulman@gstss.com
Counsel for Bayview Crematory,
Inc.

I also certify that courtesy copies were served on the following counsel:

### *By United States Mail*

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts 02360
508-746-6100
Counsel for Bayview Crematory,
 LLC

                    _/s/ William F. Ahern, Jr._____
                    William F. Ahern, Jr.