US DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 05-11594 RCL

_____

GERALDINE FAVALORO, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BAYVIEW CREMATORY, LLC,
a New Hampshire Limited Liability Company,
LINDA STOKES, TRUSTEE OF THE DEKES
REALTY TRUST OF 107 SOUTH BROADWAY,
LAWRENCE, MASSACHUSETTS, and JOHN J.
GENTILE,

    Defendants.
_____

## ASSENTED-TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

    NOW COMES the Defendant, Bayview Crematory, LLC, by its counsel, Getman, Stacey, Schulthess & Steere, and brings the within motion pursuant to Fed.R.Civ.P. 6(b) to enlarge the time for the defendant to file its Opposition to the Plaintiff's Motion to Remand up to and including September 9, 2005.

    Undersigned counsel has conferred with all parties' counsel and all parties assent to this motion.

                                        For the Defendant,
                                        Bayview Crematory, LLC
                                        By its attorneys,

                                        */s/ Dona Feeney*
                                        Dona Feeney
                                        Three Executive Park Drive - Suite 9
                                        Bedford, New Hampshire 03110
                                        (603) 634-4300
                                        Mass. BBO No. 600749

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has this day been served via the ECF system to the following counsel of record:

<u>By U.S. Mail, First Class Postage Prepaid:</u>

Lisa DeBrosse Johnson, Esq.
Law Office Of Lisa Johnson
The Pilot House at Lewis Wharf
Boston, MA 02110

David H. Charlip, Esquire
1930 Harrison Street - Suite 208
Hollywood, Florida 33020

<u>By Email Via The Court's ECF Facilities:</u>

Merlissa Nott, Esquire
McDermott, Will & Emery, LLP
28 State Street
Boston, MA  02109

Douglas Robertson, Esquire
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114

William Ahern, Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

William Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, MA  02360

                                                                                            _/s/ Dona Feeney_

August 31, 2005                                                 Dona Feeney, Esq.

F:\DFeeney\6364\05726\Favaloro\Assent Mot Enlarge Time.doc