UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company LINDA STOKES, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, and JOHN J. GENTILE<br><br>Defendants | Case No. 05-11594 RCL<br><br>Honorable Reginald C. Lindsay |

## NOTICE OF APPEARANCE

Please enter the appearance of Edward P. Leibensperger, of McDermott Will & Emery, 28 State Street, Boston, Massachusetts, on behalf of defendant, President and Fellows of Harvard College, in the above-referenced matter.

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By: /s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO #292620)
Melissa L. Nott (BBO #654546)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000

Dated: September 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2005, a true and correct copy of this Notice of Appearance was served on all counsel of record in this matter.

**By Facsimile**
Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

**By CM/ECF**
Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
*Counsel for John J. Gentile*

**By CM/ECF**
William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Suite 401
Cambridge, Massachusetts 02142
wahern@chelaw.com
mhanneke@chelaw.com
*Counsel for Linda Stokes*

**By United States Mail**
David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

**By CM/ECF**
Andrew R. Schulman, Esq.
Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
603-634-4300
Aschulman@gstss.com
*Counsel for Bayview Crematory, LLC*

           /s/ Melissa L. Nott
           Melissa L. Nott