UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PRESIDENT AND FELLOWS OF HARVARD )<br>COLLEGE, BAYVIEW CREMATORY, LLC, )<br>a New Hampshire Limited Liability Company )<br>LINDA STOKES, Trustee of the Dekes Realty )<br>Trust of 107 South Broadway, Lawrence, )<br>Massachusetts, and JOHN J. GENTILE )<br>)<br>Defendants ) | Case No. 05-11594 RCL<br><br>Honorable Reginald C. Lindsay |

## NOTICE OF APPEARANCE

Please enter the appearance of Melissa L. Nott, of McDermott Will & Emery, 28 State Street, Boston, Massachusetts, on behalf of defendant, President and Fellows of Harvard College, in the above-referenced matter.

                                      Respectfully submitted,

                                      PRESIDENT AND FELLOWS OF HARVARD
                                      COLLEGE

                                By: _/s/ Melissa L. Nott_____
                                      Edward P. Leibensperger (BBO #292620)
                                      Melissa L. Nott (BBO #654546)
                                      McDERMOTT WILL & EMERY LLP
                                      28 State Street
                                      Boston, Massachusetts 02109
                                      (617) 535-4000

Dated: September 2, 2005

BST99 1471587-1 044541 0032

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2005, a true and correct copy of this Notice of Appearance was served on all counsel of record in this matter.

**By Facsimile**
Lisa DeBrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, Massachusetts 02110
617-854-3740
617-854-3743 (facsimile)

**By CM/ECF**
Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
617-227-3240 ext. 315
drobertson@mmmk.com
*Counsel for John J. Gentile*

**By CM/ECF**
William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Suite 401
Cambridge, Massachusetts 02142
wahern@chelaw.com
mhanneke@chelaw.com
*Counsel for Linda Stokes*

**By United States Mail**
David H. Charlip, Esq.
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954-921-2131
954-921-2191 (facsimile)

**By CM/ECF**
Andrew R. Schulman, Esq.
Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
3 Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
603-634-4300
Aschulman@gstss.com
*Counsel for Bayview Crematory, LLC*

/s/ Melissa L. Nott
Melissa L. Nott