US DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 05-11594 RCL

_____

GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,

    Plaintiff,

vs.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS, and JOHN J. GENTILE,

    Defendants.

_____

### DEFENDANT BAYVIEW CREMATORY LLC.'S JOINDER IN DEFENDANT LINDA STOKE'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

Defendant Bayview Crematory LLC. ("Bayview") joins in defendant Linda Stokes' Opposition To Plaintiff's Motion To Remand. See, Docket Document 30. Bayview hereby adopts and incorporates all of the factual allegations and legal arguments set forth in Stoke's Opposition.

Bayview was appeared in this case after it had already been removed from state court. Therefore, Bayview did not have any reason to file its own notice of removal. Bayview now takes this opportunity to join in the notice of removal that was filed by the President and Fellows of Harvard University.

WHEREFORE, Bayview requests this Court to deny plaintiff's motion for remand.

Respectfully Submitted,

 /s/ Andrew R. Schulman
Andrew R. Schulman
GETMAN, STACEY,
SCHULTHESS & STEERE, PA
Three Executive Park Drive, Suite 9
Bedford, New Hampshire 03110
(603) 634-4300
Mass. BBO No. 549769

September 8, 2005

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has this day been served on September 8, 2005 in the following manner:

<u>By Email Via The Court's ECF Facilities:</u>

Donald Federico, Esquire
McDermott, Will & Emery, LLP
28 Stete Street
Boston, MA  02109

Douglas Robertson, Esquire
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114


<u>By U.S. Mail, First Class Postage Prepaid:</u>

Lisa DeBrosse Johnson, Esq.
Law Office Of Lisa Johnson
The Pilot House at Lewis Wharf
Boston, MA 02110

David H. Charlip, Esquire
1930 Harrison Street - Suite 208
Hollywood, Florida 33020

William Ahern, Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

William Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, MA  02360


|  |  |
|---|---|
|  | */s/Andrew R. Schulman* , |
| September 8, 2005 | Andrew R. Schulman |