UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company LINDA STOKES, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts, and JOHN J. GENTILE<br><br>Defendants | Case No. 05-11594 RCL<br><br>Honorable Reginald C. Lindsay |

## MOTION (ASSENTED TO) FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY PRESIDENT AND FELLOWS OF HARVARD COLLEGE

President and Fellows of Harvard College ("Harvard") hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum in support of its motion to dismiss filed August 16, 2005. Harvard's reply memorandum will address cases cited and arguments made by plaintiff in her Combined Opposition to Motions to Dismiss of Defendants Harvard and John J. Gentile, filed October 11, 2005. Harvard requests to have until October 25, 2005 to file its reply.

Plaintiff has assented to this motion.

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By: /s/ Melissa Nott
Edward P. Leibensperger (BBO #292620)
Melissa L. Nott (BBO #654546)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109

BST99 1476755-1.044541.0032

(617) 535-4000

and

Donald R. Frederico (BBO #178220)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
(617) 310-6000

Date:   October 13, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Melissa L. Nott, hereby certify that counsel for Harvard conferred with counsel for plaintiff, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Plaintiff has assented to this motion.

_____
Melissa L. Nott