UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE FAVALORO, for herself and On behalf of all others similarly situated,<br>        Plaintiff,<br><br>V.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS, and JOHN J. GENTILE,<br>        Defendants. | Case No. 05-11594 RCL<br>Honorable Reginald C. Lindsay |

**NOTICE OF APPEARANCE OF WILLIAM P. SMITH, ESQ.**

Please enter my appearance as co-counsel for the defendants Bayview Crematory, LLC and Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts in the above captioned matter.

> For the Defendants,
> Bayview Crematory, LLC and
> Linda Stokes, Trustee
> By their attorney,
>
> /s/ William P. Smith
> William P. Smith, BBO #546582
> Haverty & Feeney
> 54 Samoset St.
> Plymouth, MA  02360
> (508) 746-6100

Date:  December 19, 2005

## CERTIFICATE OF SERVICE

I, William P. Smith, Esq. hereby certify that on this __19__ day of December, 2005, I served a copy of the foregoing document, by hand delivery to all counsel of record and pro se litigants:

Lisa DeBrosse Johnson
The Pilot House
Lewis Wharf
Boston, MA 02110

David H. Charlip
1930 Harrison St., Suite 208
Hollywood, Fla 33020

Melissa L. Nott, Esq.
McDermott Will & Emery
28 State St.
Boston, MA 02109-1775

Donald R. Frederico, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02210

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114-4716

William F. Ahern, Jr., Esq.
Mandi J. Hanneke, Esq.
Clark, Hunt $ Embry
55 Cambridge Parkway
Cambridge, MA 02142

Andy Schulman, Esq.
Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere
3 Executive Park Drive, Suite 9
Bedford, NH 03110

_____
William P. Smith, Esq.