**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,

    Plaintiff,

vs.                                                                                  Case No. 05-11594 RCL
                                                                                                                                                                          Honorable Reginald C. Lindsay

PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS, and JOHN J. GENTILE,

    Defendants.
_____ _/

**NOTICE OF APPEAL**

      Notice is hereby given that Geraldine Favaloro, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from an Order of Dismissal as to the Defendants, President and Fellows of Harvard College and John J. Gentile, entered in this action on the 19th day of December, 2005.

      DATED this 13th day of January, 2006.

                                                                                                    /s/ Lisa DeBrosse Johnson_____
                                                                                                   Lisa DeBrosse Johnson, BBO# 632428
                                                                                                   The Pilot House
                                                                                                   Lewis Wharf
                                                                                                   Boston, MA 02110
                                                                                                   debrossejohnson@comcast.net

**Certificate Of Service**

      I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this __13___ day of January, 2006.

    /s/ Lisa DeBrosse Johnson____
Lisa DeBrosse Johnson, BBO# 632428
The Pilot House
Lewis Wharf
Boston, MA 02110
debrossejohnson@comcast.net