## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11594

Geraldine Favaloro

v.

President and Fellows of Harvard College, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/13/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 10, 2006.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/10/06

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11594-RCL

Favaloro v. President and Fellows of Harvard College et al
Assigned to: Judge Reginald C. Lindsay
Related Case: 1:05-cv-11140-RCL
Case in other court: Essex County Superior Court, 05-01144
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/29/2005
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Geraldine Favaloro**     represented by **David H. Charlip**
Charlip Law Group LC
1930 Harrison Street
Harrison Executive Centre Suite 208
Hollywood, FL 33020-2131
US
954-921-2131
Fax: 954-921-2191
Email: dcharlip@charliplawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa DeBrosse Johnson**
The Pilot House
Lewis Wharf
Boston, MA 02110
617-854-3740
Fax: 617-854-3743
Email: DeBrosseJohnson@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**President and Fellows of Harvard College**
*TERMINATED: 12/20/2005*

represented by **Donald R. Frederico**
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000
Fax: 617-310-6001
Email: fredericod@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward P. Leibensperger**
McDermott, Will & Emery
28 State Street
Boston, MA 02109-1775
617-535-4046
Email: eleibensperger@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa L. Nott**
McDermott, Will & Emery LLP
28 State Street
Boston, MA 02109
617-535-4189
Fax: 617-535-3800
Email: mnott@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Bayview Crematory, LLC**
*A New Hampshire Limited Liability Company*

represented by **Dona Feeney**
Getman, Stacey, Tamposi, Schulthess & Steere
Three Executive Park Drive--
Suite 9
Bedford, NH 03110
603-634-4300
Fax: 603-626-3647
Email: dfeeney@gstss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **William P. Smith**
Haverty & Feeney
54 Samoset Street
Plymouth, MA 02360
508-746-6100
Fax: 508-746-7067
Email: wsmith@havertyfeeney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew R. Schulman**
Getman, Stacey, Tamposi, Schulthess & Steere, P.A.
163 South River Road
Bedford, NH 03110
603-634-4300
Fax: 603-626-3647
Email: aschulman@gstss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John J Gentile**
*TERMINATED: 12/20/2005*

represented by **Douglas A. Robertson**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
Boston, MA 02114
617/227-3240
Fax: 617-227-3346
Email: drobertson@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Linda Stokes**
*Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts*

represented by **William F. Ahern, Jr.**
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920
Fax: 617-494-1921
Email: wahern@chelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MandiJo Hanneke**
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920
Fax: 617-494-1921
Email: mhanneke@chelaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2005 | 1 | NOTICE OF REMOVAL by President and Fellows of Harvard College from Essex County Superior Court, case number 05-1144. $ 250, receipt number 65934, filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet)(York, Steve) (Entered: 08/01/2005) |
| 07/29/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (York, Steve) (Entered: 08/01/2005) |
| 08/05/2005 | 2 | Assented to MOTION for Extension of Time to 8/16/2005 to Answer, move or otherwise respond to the Complaint by President and Fellows of Harvard College.(Nott, Melissa) (Entered: 08/05/2005) |
| 08/09/2005 | 3 | MOTION for Leave to Appear Pro Hac Vice by David H. Charlip Filing fee $ 50, receipt number 66137. by Geraldine Favaloro.(York, Steve) (Entered: 08/10/2005) |
| 08/09/2005 | 4 | AFFIDAVIT in Support re 3 MOTION for Leave to Appear Pro Hac Vice by David H. Charlip Filing fee $ 50, receipt number 66137.. (York, Steve) (Entered: 08/10/2005) |
| 08/10/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 3 Motion for Leave to Appear Pro Hac Vice Added David H. Charlip for Geraldine Favaloro (York, Steve) (Entered: 08/10/2005) |

| | | |
|---|---|---|
| 08/16/2005 | 5 | MOTION to Dismiss by President and Fellows of Harvard College.(Nott, Melissa) (Entered: 08/16/2005) |
| 08/16/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss filed by President and Fellows of Harvard College. (Nott, Melissa) (Entered: 08/16/2005) |
| 08/16/2005 | 7 | CORPORATE DISCLOSURE STATEMENT by President and Fellows of Harvard College. (Nott, Melissa) (Entered: 08/16/2005) |
| 08/16/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 2 Motion for Extension of Time to answer to or file a responsive pleading to 8/16/05 (Hourihan, Lisa) (Entered: 08/16/2005) |
| 08/17/2005 | 8 | ANSWER to Complaint (Notice of Removal) by Bayview Crematory, LLC, Bayview Crematory, LLC. (Feeney, Dona) (Entered: 08/17/2005) |
| 08/17/2005 | 9 | CORPORATE DISCLOSURE STATEMENT by Bayview Crematory, LLC. (Feeney, Dona) (Entered: 08/17/2005) |
| 08/17/2005 | 10 | MOTION of Defendant John J. Gentile, for Dismissal of Count III (Negligence) And the Allegations against him in Count IV ( Negligent Infliction of Emotional Distress) and Count V (Reckless and/or Intentional Infliction of Emotional Distress) by John J Gentile.(York, Steve) (Entered: 08/19/2005) |
| 08/17/2005 | 11 | MEMORANDUM in Support re 10 MOTION of Defendant John J. Gentile, for Dismissal of Count III (Negligence) And the Allegations against him in Count IV ( Negligent Infliction of Emotional Distress) and Count V (Reckless and/or Intentional Infliction of Emotional Distress) filed by John J Gentile. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 08/19/2005) |
| 08/17/2005 | 12 | CERTIFICATE OF CONSULTATION re 10 MOTION to Dismiss Counts III, IV, V, 11 Memorandum in Support of Motion To Dismiss Counts, by Douglas A. Robertson on behalf of John J Gentile, (York, Steve) (Entered: 08/19/2005) |
| 08/19/2005 | 13 | NOTICE of Change of Address by Donald R. Frederico (Frederico, Donald) (Entered: 08/19/2005) |
| 08/19/2005 | 14 | NOTICE of Appearance by Andrew R. Schulman on behalf of |

| | | |
|---|---|---|
| | | Bayview Crematory, LLC (Schulman, Andrew) (Entered: 08/19/2005) |
| 08/22/2005 | 15 | NOTICE of Appearance by MandiJo Hanneke on behalf of Linda Stokes (Hanneke, MandiJo) (Entered: 08/22/2005) |
| 08/22/2005 | 16 | Assented to MOTION for Extension of Time to 8/26/05 to File Answer re 1 Notice of Removal, *(Complaint)* by Linda Stokes. (Hanneke, MandiJo) (Entered: 08/22/2005) |
| 08/23/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 16 Motion for Extension of Time to 8/26/05 to File Answer re 1 Notice of Removal, (Complaint) by Linda Stokes (Hourihan, Lisa) (Entered: 08/23/2005) |
| 08/23/2005 | 17 | STATEMENT OF Defendant John J Gentile, Pursuantto fed.r.civ. 7.1 by John J Gentile. (York, Steve) (Entered: 08/24/2005) |
| 08/24/2005 | 18 | MOTION to Dismiss *(Partially Joining In Harvard's Motion To Dismiss)* by Bayview Crematory, LLC.(Schulman, Andrew) (Entered: 08/24/2005) |
| 08/24/2005 | 19 | MOTION to Remand by Geraldine Favaloro.(York, Steve) (Entered: 08/25/2005) |
| 08/24/2005 | 20 | MEMORANDUM in Support re 19 MOTION to Remand filed by Geraldine Favaloro. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 08/25/2005) |
| 08/26/2005 | 21 | STATE COURT Record. (Attachments: # 1 Part 2),Filed (York, Steve) (Entered: 08/26/2005) |
| 08/26/2005 | 22 | MOTION for Joinder *(partial) in Harvard College's Motion to Dismiss* by Linda Stokes.(Hanneke, MandiJo) (Entered: 08/26/2005) |
| 08/26/2005 | 23 | ANSWER to Complaint with Jury Demand by Linda Stokes. (Hanneke, MandiJo) (Entered: 08/26/2005) |
| 08/29/2005 | 24 | MOTION for Extension of Time to respond to pending motions to dismiss by Geraldine Favaloro.(York, Steve) (Entered: 08/29/2005) |
| 08/29/2005 | 25 | Assented to MOTION for Extension of Time to September 13, 2005 to File Response/Reply as to 19 MOTION to Remand by President and Fellows of Harvard College.(Nott, Melissa) (Entered: 08/29/2005) |

| 08/30/2005 | 26 | NOTICE of Appearance by William F. Ahern, Jr on behalf of Linda Stokes (Ahern, William) (Entered: 08/30/2005) |
|---|---|---|
| 08/31/2005 | 27 | Assented to MOTION for Extension of Time to September 9, 2005 to File Response/Reply as to 19 MOTION to Remand by Bayview Crematory, LLC.(Feeney, Dona) (Entered: 08/31/2005) |
| 09/02/2005 | 28 | NOTICE of Appearance by Edward P. Leibensperger on behalf of President and Fellows of Harvard College (Leibensperger, Edward) (Entered: 09/02/2005) |
| 09/02/2005 | 29 | NOTICE of Appearance by Melissa L. Nott on behalf of President and Fellows of Harvard College (Nott, Melissa) (Entered: 09/02/2005) |
| 09/07/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 25 Motion for Extension of Time to File Response/Reply re 19 MOTION to Remand Responses due by 9/13/2005 (Hourihan, Lisa) (Entered: 09/07/2005) |
| 09/07/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 27 Motion for Extension of Time to File Response/Reply re 19 MOTION to Remand Responses due by 9/9/2005 (Hourihan, Lisa) (Entered: 09/07/2005) |
| 09/08/2005 | 30 | Opposition re 19 MOTION to Remand filed by Linda Stokes. (Attachments: # 1)(Hanneke, MandiJo) (Entered: 09/08/2005) |
| 09/08/2005 | 31 | Opposition re 19 MOTION to Remand *(Joining in Defendant Linda Stoke's Opposition)* filed by Bayview Crematory, LLC. (Schulman, Andrew) (Entered: 09/08/2005) |
| 09/12/2005 | 32 | Opposition re 24 MOTION for Extension of Time to To respond to pending motions to dismiss filed by President and Fellows of Harvard College. (Nott, Melissa) (Entered: 09/12/2005) |
| 09/13/2005 | 33 | Opposition re 19 MOTION to Remand filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit B, C# 2 Exhibit D)(Nott, Melissa) (Entered: 09/13/2005) |
| 09/27/2005 |  | Judge Reginald C. Lindsay : ElectronicORDER entered denying 24 Motion for Extension of Time to Respond to Pending motions to Dismiss (Lindsay, Reginald) (Entered: 09/27/2005) |
| 09/27/2005 |  | Judge Reginald C. Lindsay : ElectronicORDER entered |

| | | |
|---|---|---|
| | | granting 22 MOTION for Joinder (partial) in Harvard College's Motion to Dismiss by Linda Stokes. (Lindsay, Reginald) (Entered: 09/27/2005) |
| 09/30/2005 | 34 | Assented to Motion for Extension of Time to 10/10/2005 to respond to Motion to Dismiss by Geraldine Favaloro.(York, Steve) (Entered: 09/30/2005) |
| 10/03/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered denying 19 Motion to Remand (Lindsay, Reginald) (Entered: 10/03/2005) |
| 10/03/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 34 Plaintiff's Motion for Extension of Time to Respond to Motion to dismiss. (Lindsay, Reginald) (Entered: 10/03/2005) |
| 10/11/2005 | 35 | MOTION for Leave to File Brief in excess of 20 pages by Geraldine Favaloro. (Attachments: # 1)(York, Steve) (Entered: 10/11/2005) |
| 10/13/2005 | 36 | Assented to MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss* by President and Fellows of Harvard College.(Nott, Melissa) (Entered: 10/13/2005) |
| 10/17/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 35 MOTION for Leave to File Brief in excess of 20 pages by Geraldine Favaloro and granting 36 Assented to MOTION for Leave to File Reply Memorandum in Support of Motion to Dismiss by President and Fellows of Harvard College. The court will permit the filing of a reply brief of not more than ten pages in length, double-spaced and with customary margins. (Lindsay, Reginald) (Entered: 10/17/2005) |
| 10/20/2005 | 37 | Opposition re 10 MOTION to Dismiss, 5 MOTION to Dismiss filed by Geraldine Favaloro. (York, Steve) (Entered: 10/21/2005) |
| 10/24/2005 | 38 | MOTION for Leave to File *Reply To Objection To Motion To Dismiss* by Bayview Crematory, LLC. (Attachments: # 1 Exhibit Reply Memorandum To Objection To Motion To Dismiss)(Schulman, Andrew) (Entered: 10/24/2005) |
| 10/25/2005 | 39 | REPLY to Response to Motion re 5 MOTION to Dismiss filed by President and Fellows of Harvard College. (Nott, Melissa) (Entered: 10/25/2005) |

| | | |
|---|---|---|
| 10/26/2005 | 🔘 | Judge Reginald C. Lindsay : ElectronicORDER entered granting 38 Motion for Leave to File (York, Steve) (Entered: 10/26/2005) |
| 11/01/2005 | 🔘 | NOTICE of Hearing on Motion 5 MOTION to Dismiss, 18 MOTION to Dismiss *(Partially Joining In Harvard's Motion To Dismiss)*, 10 MOTION to Dismiss: Motion Hearing set for 12/19/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary. (Hourihan, Lisa) (Entered: 11/01/2005) |
| 12/09/2005 | 🔘 | Notice of correction to docket made by Court staff. Attorney William Ahern's record updated in this case to permit electronic noticing. (Hurley, Virginia) (Entered: 12/09/2005) |
| 12/19/2005 | 🔘 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 5 Motion to Dismiss by President and Fellows of Harvard College as to all counts, granting 10 Motion to Dismiss of John Gentile as to all counts, and denying 18 Motion to Dismiss by Bayview. The Court also denies the Motion of Linda Stokes, Trustee, to Dismiss. These rulings are made for reasons stated on the record at the hearing. (RCL, law1) (Entered: 12/19/2005) |
| 12/19/2005 | 🔘 | Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Motion Hearing held on 12/19/2005 re 10 MOTION to Dismiss filed by John J Gentile, 18 MOTION to Dismiss *(Partially Joining In Harvard's Motion To Dismiss)* filed by Bayview Crematory, LLC, 5 MOTION to Dismiss filed by President and Fellows of Harvard College, 22 MOTION for Joinder *(partial) in Harvard College's Motion to Dismiss* filed by Linda Stokes, Trustee. Argument was heard from all parties on the Motions to Dismiss. The Court granted with prejudice the Motions to Dismiss by Harvard and Gentile. The Court denied the Motions to Dismiss by Bayview and Linda Stokes, Trustee. The Court stated its reasons for these decisions on the record. The Court also explained its earlier decision to deny the Motion for Remand by the plaintiff, Favaloro. (Court Reporter D. Joyce.) (RCL, law1) (Entered: 12/19/2005) |
| 12/20/2005 | 40 | NOTICE of Appearance by William P. Smith on behalf of Linda Stokes, Bayview Crematory, LLC (York, Steve) (Entered: 12/20/2005) |

| 01/13/2006 | 41 | NOTICE OF APPEAL by Geraldine Favaloro. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/2/2006. (Johnson, Lisa) (Entered: 01/13/2006) |
| --- | --- | --- |
| 01/13/2006 | | Filing fee: $ 255, receipt number 69579 regarding Notice of Appeal (York, Steve) (Entered: 01/17/2006) |
| 01/30/2006 | 42 | TRANSCRIPT of Motion Hearing held on December 19, 2005 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/30/2006) |