UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

GERALDINE FAVALORO, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                                                               Case No. 05-11594 RCL
                                                                          Honorable Reginald C. Lindsay

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BAYVIEW CREMATORY, LLC,
a New Hampshire Limited Liability Company,
LINDA STOKES, TRUSTEE OF THE DEKES
REALTY TRUST OF 107 SOUTH BROADWAY,
LAWRENCE, MASSACHUSETTS, and JOHN J.
GENTILE,

    Defendants.
_____/

**CONSENT TO ENTRY OF SEPARATE AND FINAL JUDGMENT**

       Plaintiff, Geraldine Favaloro, by and through her undersigned counsel, assents to the entry of a separate and final judgment as to the Defendants, Harvard and John J. Gentile, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

       DATED this 7th day of April, 2006.

                                                               /s/   Lisa DeBrosse Johnson
                                                              Lisa DeBrosse Johnson, BBO# 632428
                                                              The Pilot House
                                                               Lewis Wharf
                                                               Boston, MA 02110
                                                               debrossejohnson@comcast.net

**Certificate Of Service**

  I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 7th day of April, 2006.

              /s/ Lisa DeBrosse Johnson
              Lisa DeBrosse Johnson, BBO# 632428
              The Pilot House
              Lewis Wharf
              Boston, MA 02110
              debrossejohnson@comcast.net