UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALDINE FAVALORO, for herself and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>vs.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BAYVIEW CREMATORY, LLC, a New Hampshire Limited Liability Company, LINDA STOKES, TRUSTEE OF THE DEKES REALTY TRUST OF 107 SOUTH BROADWAY, LAWRENCE, MASSACHUSETTS, and JOHN J. GENTILE,<br>    Defendants | CASE NO.:  05-11594 RCL<br>Honorable Reginald C. Lindsay<br><br><br><br>REQUEST FOR ORAL ARGUMENT |

The defendant, John J. Gentile, requests oral argument on his Motion for Reimbursement of Attorney's Fees and Expenses, unless the Court sees fit to allow Mr. Gentile's motion *sua sponte*.

                                                  /s/   Douglas A. Robertson
                                                  Douglas A. Robertson, B.B.O. No. 552315
                                                  Attorney for John J. Gentile
                                                  MARTIN, MAGNUSON, MCCARTHY &
                                                      KENNEY
                                                  101 Merrimac Street
                                                  Boston, MA  02114
                                                  (617) 227-3240

Dated:  July 6, 2007