UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

GERALDINE FAVALORO, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                                Case No. 05-11594 RCL
                                                Honorable Reginald C. Lindsay

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BAYVIEW CREMATORY, LLC,
a New Hampshire Limited Liability Company,
LINDA STOKES, TRUSTEE OF THE DEKES
REALTY TRUST OF 107 SOUTH BROADWAY,
LAWRENCE, MASSACHUSETTS, and JOHN J.
GENTILE,

    Defendants.
_____ _/

## NOTICE OF APPEAL

      Notice is hereby given that Geraldine Favaloro, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from an Order of Dismissal as to the Defendants, President and Fellows of Harvard College and John J. Gentile, entered in this action on the 19th day of December, 2005.

      DATED this 19th day of January, 2007.

                                                            /s/ David H. Charlip_____
                                                            David H. Charlip
                                                            Florida Bar No.: 329932
                                                           1930 Harrison Street
                                                            Suite 208
                                                            Hollywood, Florida 33020
                                                           dcharlip@charliplawgroup.com

**Certificate Of Service**

    I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of January, 2007.

    /s/ David H. Charlip
    David H. Charlip
    Florida Bar No.: 329932
    1930 Harrison Street
    Suite 208
    Hollywood, Florida 33020
    dcharlip@charliplawgroup.com